**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Jason Carl Stelter, Secured Party Creditor
pro se on behalf of James Carl Stelter,
ens legis,

        Plaintiff,                    Civil 10-1341 (RHK/JJG)

vs.                                **DISQUALIFICATION AND
                                       ORDER FOR REASSIGNMENT**

U.S. Bank National Association, as
Trustee for Deuttsche Alt-A Securities
Mortgage Loan Trust Series 2007-2, et al.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 13, 2010

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge