UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JASON CARL STELTER,

        Plaintiff,                 ORDER

        v.                         Civil No. 10-1341 ADM/JJG

U.S. BANK NATIONAL ASSOCIATION,
ET. AL.,

        Defendants.

---

Before the Court is Plaintiffs's Request for Emergency Action in the above titled matter. After a review of the Report and Recommendation dated May 10, 2010, Plaintiff's Response and Request for Emergency Action, and all the files and records herein IT IS HEREBY ORDERED THAT:

1. Plaintiff's Request for Emergency Action (Docket No. 26) is DENIED; and

2. The Report and Recommendation dated May 10, 2010 (Docket No. 25) is adopted and a hearing on Plaintiff's Motion for a Preliminary Injunction will not be scheduled.

Dated: May 11, 2010

                                    s/Ann D. Montgomery

                                    JUDGE ANN D. MONTGOMERY
                                    UNITED STATES DISTRICT COURT